UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
v. ) 1:14-cr-93-LM
)
KOSMAS KOUSTAS )

SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE

From at least in or about October 2013 through March 2014 in the District of New Hampshire and elsewhere, the defendant,

KOSMAS KOUSTAS,

knowingly, intentionally, and unlawfully agreed and conspired with others known and unknown to distribute, and possess with intent to distribute, controlled substances, specifically, the Schedule I controlled substances marijuana and 3,4 methylenedioxymethamphetamine (MDMA), commonly known as Ecstasy and Molly.

In violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Dated: September 23, 2019

SCOTT W. MURRAY
United States Attorney

By: _____
Seth R. Aframe, AUSA