```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                              Case No. 14-cr-093-02-LM

<u>Kosmas Koustas</u>


<u>Kosmas Koustas</u>

    v.                              Case No. 18-cv-738-LM

<u>United States of America</u>


**O R D E R**

On today's date, and for the reasons stated on the record and contained in the supplemental memo of law in support of the motion to vacate (document no. 11, civil case no. 18-cv-738-LM), the court granted the defendant's motion to vacate his conviction (doc. no. 325, criminal case no. 14-cr-093-02-LM; doc. no. 1, civil case no. 18-cv-738-LM).  Accordingly, the judgment dated November 23, 2015 (doc. no. 208) is vacated.

Also on today's date, the defendant pled guilty to a superseding information (doc. no. 356) in criminal case 14-cr-093-02-LM, which charges the defendant with one count of conspiracy.  The court accepted his plea.  The court released the defendant on bail pending his sentencing on the charge in the superseding information.

As the November 23, 2015 judgment of conviction is vacated, the defendant is no longer committed to the custody of the United States Bureau of Prisons pursuant to that judgment.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

September 24, 2019

cc:   Counsel of Record
      U.S. Probation
      U.S. Marshal