AO 455 (Rev. 01/09) Waiver of an Indictment

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# UNITED STATES DISTRICT COURT
for the
_____ District of **New Hampshire**

SEP 24 2019
FILED

United States of America
v.
**KOSMAS KOUSTAS**
*Defendant*

Case No. **14cr93-02-LM**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: **9/24/19**

*Defendant's signature*

*Signature of defendant's attorney*

**VICTORIA KELLEHER**
*Printed name of defendant's attorney*

*Judge's signature*

Landya B. McCafferty, U.S. District Judge
*Judge's printed name and title*